**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jose OJEDA–ESCOBAR, Defendant–Appellant.**

No. 08–50285
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 5, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Philip J. Lynch, Henry Joseph Bemporad, Federal Public Defender, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before DAVIS, STEWART, and DENNIS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Ojeda–Escobar raises argu-

ments that are foreclosed by *United States v. Lopez–Ortiz,* 313 F.3d 225, 229–31 (5th Cir.2002), which held that an immigration judge's failure to inform an alien of his eligibility for discretionary waiver of removal at his removal proceeding did not render the proceeding fundamentally unfair. *See Romero–Rodriguez v. Gonzales,* 488 F.3d 672, 677 n. 5 (5th Cir.2007). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.